# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mary Mixon,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                        3:11-CV-228-MOC

Charlotte-Mecklenburg Schools,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2011 Order.

                                      Signed: October 26, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court